UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HEATHER THOMAS,

     Plaintiff,

v.

SAKU RAMEN, LLC,

     Defendant.

Case No.  5:23-cv-00566-SB-MAR

ORDER TO SHOW CAUSE RE:
DISMISSAL FOR LACK OF
PROSECUTION

On April 4, 2023 Plaintiff filed proof that Defendant Saku Ramen, LLC was served on April 4, 2023.  Dkt. No. 11.  Defendant's responsive pleading was due on April 25, 2023.  None has been filed, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than May 5, 2023, why her claims against Defendant Saku Ramen, LLC should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

     IT IS SO ORDERED

Date: April 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1