UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAKU RAMEN, L.L.C.,<br><br>　　　　Defendant. | Case No. 5:23-cv-00566-SB-MAR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order entered this day, the Court approves the minor's compromise, and pursuant to the parties' settlement agreement, Plaintiff's claims in this action are DISMISSED with prejudice.

　　This is a final judgment.

Date: July 14, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge